552 OCTOBER TERM, 1907.

Cases Disposed of Without Consideration by the Court.   209 U. S.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 25 TO MAY 4, 1908.

No. 186. ADOLFO SIXTO, PLAINTIFF IN ERROR, *v.* LAUREANO SARRIA. In error to the District Court of the United States for Porto Rico. March 2, 1908. Dismissed with costs on motion of counsel for plaintiff in error. *Mr. N. B. K. Pettingill* for plaintiff in error. *Mr. Frederic D. McKenney* for defendant in error.

———

No. 619. GEORGE L. STEARNS, APPELLANT, *v.* LEO V. YOUNGWORTH, UNITED STATES MARSHAL, ETC. Appeal from the Circuit Court of the United States for the Southern District of California. March 9, 1908. Final order reversed with costs and cause remanded with directions to discharge the petitioner, without prejudice to a renewal of the application to remove, on confession of error and motion of Mr. Solicitor General Hoyt for the appellee. *Mr. Will D. Gould* for appellant. *The Attorney General* and *The Solicitor General* for appellee.

———

No. 145. JOSEPH J. SLOCUM ET AL., TRUSTEE, ETC., APPELLANTS, *v.* THE UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. March 9, 1908. Dismissed on motion of Mr. A. B. Browne for the appellants. *Mr. A. B. Browne* and *Mr. Alexander Britton* for appellants. *The Attorney General* for appellee.